IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>J'ME McLAUGHLIN,<br><br>         Debtor, | Case No. 17-17302-MDC<br><br>Chapter 13 |
| REGIONAL ACCEPTANCE CORPORATION,<br><br>         Movant,<br><br>   v.<br><br>J'ME McLAUGHLIN and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br><br>         Respondents. | Related to Doc. No. 19 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

      Regional Acceptance Corporation has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2013 Chrysler Town & Country Extended Passenger Van Touring 3.6L V6 VIN 2C4RC1BGDR526631

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Wednesday, March 21, 2018**, you or your attorney must do all of the following:

        (a)  file an answer explaining your position at:

            Clerk, U.S. Bankruptcy Court
            Robert N.C. Nix Federal Courthouse
            900 Market Street
            Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the Movant's attorneys:

Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **Tuesday, April 3, 2018** at **10:30 a.m.** in United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, Courtroom #2, 900 Market Street, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Regional Acceptance Corporation*

Dated:  March 6, 2018